■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VALENTINE PETERSON, Appellant.—Judgment of the County Court, Nassau County, rendered October 13, 1978, affirmed. No opinion. This case is remitted to the

County Court, Nassau County, for further proceedings pursuant to CPL 460.50 (subd 5). Lazer, J. P., Gibbons, Gulotta and O'Connor, JJ., concur.